United States District Court
Southern District of Texas
**ENTERED**
November 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWARD BAXTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00139 |
| | § | |
| CORPUS CHRISTI POLICE DEPARTMENT, | § | |
| | § | |
| Defendant. | § | |

### MEMORANDUM AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Edward Baxter ("Plaintiff"), proceeding *pro se* and *in forma pauperis* (IFP), has filed this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is currently housed at Corpus Christi Metro Ministries.  After granting Plaintiff's IFP application, *see* Doc. No. 19, the undersigned ordered a more definite statement, which was issued on September 28, 2022.  (Doc. No. 20.) The Court imposed a deadline of October 31, 2022 for Plaintiff to respond to the September 28 order, and Plaintiff was warned that failure to comply with the order in a timely manner may result in his case being dismissed for want of prosecution.  *Id*. at 3.  To date, Plaintiff has failed to comply with the September 28 order.

The undersigned has thrice warned Plaintiff that his action would be dismissed for want of prosecution if he failed to comply with court orders.  *See* Doc. Nos. 6, 17, 20.  A district court may dismiss a case for failure to prosecute or comply with court orders.  Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) ("The district court also has the inherent authority to dismiss an action *sua sponte*, without motion by a defendant.")  Here, Plaintiff has failed to comply with the undersigned's order to submit a response to the more

definite statement to pursue this civil rights action. Therefore, the undersigned recommends that Plaintiff's case be **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED on November 9, 2022.

_____
MITCHEL NEUROCK
United States Magistrate Judge

### NOTICE

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within 14 days after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), and General Order No. 2002-13, United States District Court for the Southern District of Texas.

A failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within **14 days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).