United States District Court
Southern District of Texas
**ENTERED**
April 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWARD BAXTER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 2:22-CV-00139 |
| | § | |
| CORPUS CHRISTI POLICE DEPARTMENT, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the November 9, 2022, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Mitchel Neurock. (Dkt. No. 21). Magistrate Judge Neurock made findings and conclusions and recommended that Plaintiff's complaint be dismissed for want of prosecution. (*Id.*).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Neurock's M&R, (Dkt. No. 21) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Complaint, (Dkt. No. 1), is **DISMISSED WITHOUT PREJUDICE**.

2

It is SO ORDERED.

Signed on April 12, 2023

_____
Drew B. Tipton
United States District Judge

2